UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT TAYLOR,<br><br>      Petitioner,<br><br>    v.<br><br>STEVEN OTERO,<br><br>      Respondent. | Case No. 21-cv-01757-VC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 2 |

Pro se litigant, Kent Taylor, filed a document entitled, "Petition for a Writ of Certiorari," which the court clerk designated as a petition for a writ of habeas corpus under 28 U.S.C § 2254. This is not a petition for a writ of habeas corpus. Taylor seeks a writ of certiorari in the United States Supreme Court for a state case. This court has no knowledge of this state case. Taylor attaches an order from the California Court of Appeal dated August 14, 2020 dismissing an appeal because the order appealed from was non-appealable. *See* ECF No. 1 at 15. Taylor also attaches an order from the California Supreme Court dated November 18, 2020 summarily denying his petition for review. *See* ECF No. 1 at 16.

If Taylor wishes to seek a writ of certiorari from the California Supreme Court's order, he must do so in that state case. This federal court has no authority over state court cases.

Taylor also filed a motion for leave to proceed informa pauperis. Because this case was filed in error in the wrong court, the clerk shall not collect a filing fee. Therefore, the motion to proceed in forma pauperis is denied as moot.

This case is dismissed with prejudice because amendment would be futile. The clerk

shall enter a separate judgment and close this case.

**IT IS SO ORDERED.**

Dated: April 2, 2021

_____
VINCE CHHABRIA
United States District Judge